UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| DENNIS LONG, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV624-003 |
| JACOB BEASLEY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 8), to which no objections have been filed. Accordingly, the Report and Recommendation is ADOPTED. (Doc. no. 8.) Long's Complaint is DISMISSED. (Doc. no. 1.) The Clerk is DIRECTED to close this case.

ORDER ENTERED at Augusta, Georgia, this 23rd day of April, 2024.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA